## * * § 362 INFORMATION COVER SHEET * *

Joseph N & Ellen M Wenzinger
DEBTOR

Federal National Mortgage Assoc.
MOVANT

Case No: 14-11276-MKN
CHAPTER: 11

MOTION #: 40

### Certification of Attempt to Resolve the Matter Without Court Action:

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: _____   Signature: _____
                                              Attorney for Movant

PROPERTY INVOLVED IN THIS MOTION: 5229 Forrest Hills Lane, Las Vegas, NV 89108
NOTICE SERVED ON:   Debtor(s) _____ ; Debtor's counsel _____ ; Trustee _____ ;
DATE OF SERVICE: _____

**MOVING PARTY'S CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:

1st _____
2nd _____
3rd _____
4th _____
Other: _____
Total Encumbrances: _____

APPRAISAL of OPINION as to VALUE:

**DEBTOR'S CONTENTIONS:**
The EXTENT and PRIORITY of LIENS:

1st 139,177.86
2nd _____
3rd _____
4th _____
Other: _____
Total Encumbrances: _____

APPRAISAL of OPINION as to VALUE:
$105,000

**TERMS of MOVANT'S CONTRACT with the DEBTOR(S):**

Amount of Note: _____
Interest Rate: _____
Duration: _____
Payment per Month: _____
Date of Default: _____
Amount in Arrears: _____
Date of Notice of Default: _____
SPECIAL CIRCUMSTANCES:

SUBMITTED BY: _____
_____

**DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT:**

- Debtor has filed a Motion to Value Collateral for this property, and has sent
- an offer of plan treatment to creditor. If
- agreement can't be reached, Debtor is
- willing to enter into Adequate protection
- agreement.
-
-
SPECIAL CIRCUMSTANCES:

SUBMITTED BY: Seth D. Ballstaedt, Esq.
SIGNATURE: /s/ Seth D. Ballstaedt

SETH D. BALLSTAEDT, ESQ.
Nevada Bar No.: 11516
BALLSTAEDT LAW FIRM
9480 S. Eastern Ave, Ste 213
Las Vegas, Nevada 89123
Phone: (702) 715-0000
Fax: (702) 666-8215
help@ballstaedtlaw.com

*e-filed October 10, 2014*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: 14-11276-MKN<br>TRUSTEE: |
| JOSEPH N WENZINGER | CHAPTER: 11 |
| ELLEN M WENZINGER | HEARING DATE: NOVEMBER 12, 2014<br>HEARING TIME: 9:30 A.M. |
| Debtor(s) | |

## OPPOSITION TO MOTION FOR RELIEF
## FILED BY Federal National Mtg Assoc / Seterus Inc

JOSEPH N WENZINGER and ELLEN M WENZINGER (hereinafter referred to as "debtor(s)"), by and through their attorney, Seth D. Ballstaedt, Esq., hereby oppose the Motion for Relief or in the Alternative filed by Federal National Mortgage Association/Seterus Inc ("Fannie Mae") on the grounds set forth below.

1. On February 28, 2014, the above-named Debtor(s) filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.
2. On October 10, 2014, Fannie Mae filed a Motion for Relief from the Automatic Stay on Debtor's property commonly known as 5229 Forest Hills Las Vegas, NV 89108 ("subject property").

BALLSTAEDT LAW FIRM
9480 S Eastern Ave., Ste #213
Las Vegas, NV 89123

3. On October 10, 2014 Debtor filed a Motion to Value Collateral for Subject property, and an appraisal report is attached as "Exhibit A" which values the property at $105,000.00. Subject property is an investment property, and the rental income is necessary for an effective reorganization.

4. Debtor, by and through his attorney's office, has sent an offer to Fannie Mae to settle the plan treatment for this claim, and to resolve this motion for relief from the stay. Debtor is willing to enter into an agreement for Adequate Protection if Plan treatment can't be resolved quickly.

5. Debtor seeks for a continuance on this motion so that we may reach an agreement by stipulation for adequate protection and/or plan treatment.

WHEREFORE, Debtor respectfully prays that this Honorable Court:

1. Deny Movants motion for relief.
2. Alternatively, allow a short continuance so that Debtor and creditor can reach an agreement.
3. Any other relief that this court deems appropriate.

Dated this 10 day of October, 2014

/s/ Seth D. Ballstaedt, Esq.
Seth D. Ballstaedt, Esq.
*Attorney for Debtor(s)*